IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH D. WOOD,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY JAIL, MICHAEL MYERS, VEGA, Correctional Officer; UNKNOWN SEARGENT, UNKNOWN NURSE, UNKNOWN NURSE, UNKNOWN CORRECTIONAL OFFICER, and UNKNOWN MENTAL HEALTH PROVIDER,<br><br>Defendants. | 8:22CV397<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension of Time to either pay the $402.00 filing and administrative fees or file a motion for leave to proceed in forma pauperis. Filing No. 8. Plaintiff indicates in his motion that he has sent the full filing fee of $402.00, but he requires additional time for it to be received by the Court. *Id.* Upon consideration,

IT IS ORDERED that:

1. Plaintiff's Motion for Extension of Time is granted. Plaintiff shall have until **February 2, 2023,** to either pay the filing fee of $402.00 or file a motion to proceed in forma pauperis.

2. The clerk's office is directed to set the following pro se case management deadline: **February 2, 2023**: check for MIFP or payment.

Dated this 3rd day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court